**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01724-CR
No. 05-12-01731-CR
No. 05-12-01732-CR

**JERMAINE COTTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-51603-W, F12-51604-W, F12-70036-W**

## ORDER

In our order of August 15, 2013, this Court noted that the trial court's certifications of appellant's right to appeal in these cases are incomplete in that none of the boxes is checked on the certifications. We ordered the trial court to file, within fifteen days, completed certifications of appellant's right to appeal that accurately reflect the trial court proceedings. To date, we have not received the completed certifications, which the trial court is required by the rules of appellate procedure to prepare.

Accordingly, we **ORDER** the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, to file, within **TEN DAYS** of the date of this order, completed certifications of appellant's right to appeal that accurately reflect the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE